UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/26/2021

JOSUE PAGUADA, on behalf of himself and all others similarly situated,

            Plaintiff,

           -against-

BILL MILLER BAR-B-Q ENTERPRISES, LTD.,

           Defendant.

1:20-cv-08257-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Plaintiff filed the Complaint on October 5, 2020 [ECF No. 1]. Proof of service filed with the Court on October 26, 2020, reflects that Defendant was served with the Complaint on October 16, 2020 [ECF No. 5]. On November 9, 2020, Defendant filed a Motion to Dismiss [ECF No. 6], which the Court denied for failure to comply with the Court's Individual Rules of Practice in Civil Cases [ECF No. 7]. On November 20, 2020, Defendant refiled the Motion to Dismiss [ECF No. 10], which the Court again denied for failure to comply with the Court's Individual Rules [ECF No. 11]. To date, Defendant has not answered or otherwise responded properly to the Complaint.

      Accordingly, IT IS HEREBY ORDERED that any motion for entry of a default judgment is due on or before **February 25, 2021**. Plaintiff is directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website.

**SO ORDERED.**

**Date:** January 26, 2021
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**